# United States District Court
## District of Massachusetts

| | |
|---|---|
| JAMES E. PERSON, et al., ) | |
|     Plaintiffs ) | ORDER ON APPLICATION |
| ) | TO PROCEED WITHOUT |
| v. ) | PREPAYMENT OF FEES |
| ) | |
| FRANKLIN COUNTY DISTRICT ) | |
| ATTORNEY'S OFFICE, et al., ) | |
|     Defendants ) | Civil Action No. 05-30038 |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒ GRANTED.

    ☒ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTERED on _March 17, 2005_.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge