UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES PERSON

V.  CA NO: 05-30038-MAP

FRANKLIN CTY DA'S OFFICE

<u>ORDER</u>

AUGUST 17, 2005

    The above captioned case was filed with this Court on February 3, 2005; To date no answer has been filed, nor any further action taken. Therefore, plaintiff is hereby ordered to file a status report on or before September 12, 2005 as to his intent to proceed with the above captioned case. Failure to do so shall result in the dismissal of the complaint for lack of prosecution.

                                    MICHAEL A. PONSOR
                                    U.S. DISTRICT JUDGE

                                   /s/Elizabeth A. French
                                    Elizabeth A. French
                                    Deputy Clerk