UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES PERSON

V.                              CIVIL ACTION NO:   05-30038-MAP

FRANKLIN CTY DA'S OFFICE

ORDER

SEPTEMBER 27, 2005

PONSOR, D.J.

　　　Pursuant to the Order entered by the Court on August 17, 2005 and failure to comply, it is hereby ordered that the above-captioned case be dismissed for lack of prosecution.

　　　It is so ordered.

　　　　　　　　　　　　　　　　　　　　　　／s／ Michael A. Ponsor
　　　　　　　　　　　　　　　　　　　　　　MICHAEL A. PONSOR
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE