# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

JAMES PERSON,

   Plaintiff

         v.                    CIVIL ACTION NO. 3: 05-30038 -MAP

FRANKLIN COUNTY DISTRICT
ATTORNEY'S OFFICE, ET AL.,

   Defendant

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order entered this date, dismissing the plaintiff's complaint for lack of prosecution.

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

Dated: September 27, 2005          By /s/ Maurice G. Lindsay
                                                Maurice G. Lindsay
                                                Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98)
    [jgm.]